


IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOE ARTHUR HICKS<br>PLAINTIFF, | * | |
| VS. | * | |
| | * | CIVIL ACTION NO._____ |
| ALBERTSON'S PHARMACY<br>DEFENDANT. | * | |
| | * | |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE SAID COURT:

NOW COMES JOE ARTHUR HICKS, HEREINAFTER PLAINTIFF IN THE ABOVE- CAPTIONED CAUSE AND FILES THIS COMPLAINT DUE TO PHARMACEUTICAL MALPRACTICE. PLAINTIFF WOULD SHOW THE COURT THE FOLLOWING:

(1). THE DEFENDANT, ALBERTSON'S PHARMACY, WRONGFULLY DISPENSED A PRESCRIPTION DRUG, LIPITOR, NOT PRESCRIBED TO THE PLAINTIFF. THE TAKING OF SAID DRUG FOR TWO WEEKS CAUSED THE PLAINTIFF TO SUFFER FROM ELEVATED HYPERTENSION AND ELEVATED SUGAR.

### PARTIES

(2). JOE ARTHUR HICKS, PLAINTIFF, AND RESIDES IN TARRANT COUNTY, TEXAS, FORT WORTH, TEXAS.

(3). ALBERTSON'S PHARMACY, DEFENDANT, LOCATED AT 3563 ALTON ROAD, FORT WORTH, TEXAS 76109.

### JURISDICTION

(4). THE COURT HAS JURSDICTION OVER THIS ACTION BECAUSE THE MATTER IN CONTROVERSY EXCEEDS THE SUM OR VALUE OF $75,000.00. 2 8 U.S.C. SEC. 1332.

## VENUE

(5). THE COURT HAS PROPER VENUE IN THIS CIVIL COMPLAINT BECAUSE THE PARTIES IN THIS ACTION RESIDES IN TARRANT COUNTY, TEXAS. 28 U.S.C. SEC. 1391.

## STATEMENT OF THE CLAIMS

(6). IN THE MONTH OF MAY 2016, THE PLAINTIFF WENT TO THE DEFENDANT TO HAVE A PRESCRIPTION OF METOPROLOL TARTRATE 100 MG, TO BE FILLED FOR THE PLAINTIFF'S HYPERTENSION. INSTEAD OF THE RIGHT PRESCRIPTION FOR THE PLAINTIFF'S HYPERTENSION, LIPITOR WAS ERRONEOUSLY FILLED BY THE DEFENDANT. THUS, CAUSING THE PLAINTIFF A VISIT TO BAYLOR ALL SAINTS MEDICAL CENTER ON JUNE 12, 2016. THE RESULT OF THE PLAINTIFF TAKING THE WRONG MEDICATION FOR A LEAST TWO (2) WEEKS LEAD TO A HIGHER BLOOD PRESSURE RATE AND THOUSANDS OF DOLLARS IN MEDICAL BILLS.

## PHARMACEUTICAL MALPRACTICE

(7). GREGORY B. CARTWRIGHT, M.D., UNDOUBTEDLY PRESCRIBED METOPROLOL FOR THE PLAINTIFF INSTEAD OF LIPITOR. THE DEFENDANT IMPROPERLY FILLED THE PRESCRIPTION DRUG LIPITOR, A PRESCRIPTION MEDICATION NOT PRESCRIBED BY THE PLAINTIFF'S DOCTOR, GREGORY B. CARTWRIGHRT, M.D. PHARMACISTS HAVE A LEGAL DUTY TO DISPENSE THE CORRECT MEDICATION TO PATIENTS. IN THE INSTANT CASE, THE DEFENDANT FAILED TO DO SO.

## DAMAGES

(8). PLAINTIFF SEEKS THE MAXIMUM DAMAGES FOR PHARMACEUTICAL MALPRACTICE, $250,000.00.

## JURY TRIAL

(9). PURSUANT TO FED. R. CIV. P. 38 (A)-(B), PLAINTIFF DEMANDS A JURY TRIAL IN THIS CAUSE OF ACTION.

**DEMAND FOR JUDGEMENT**

(10). WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS FOR ALL DAMAGES ALLEGED HEREIN, COURT COST AND FOR SUCH OTHER AND FURTHER RELIEF TO WHICH THE PLAINTIFF MAY BE RIGHTLY ENTITLED TO.

RESPECTFULLY SUBMITTED,

*Joe A. Hicks*
PLAINTIFF, JOE A. HICKS
PRO SE LITIGANT

**VERIFICATION**

I JOE A. HICKS, PLAINTIFF IN THE ABOVE-ENTITLE ACTION, HAVE READ THE FOREGOING PLEADINGS AND KNOW THE CONTENTS THEREOF. THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO THOSE MATTERS WHICH ARE THEREIN ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE IT TO BE TRUE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED IN TARRANT COUNTY, TEXAS.

DATE: AUGUST __17__, 2017

*Joe A. Hicks*
PLAINTIFF, JOE A. HICKS

(3).

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Joe Arthur Hicks

**DEFENDANTS** Albertson's Pharmacy

**(b)** County of Residence of First Listed Plaintiff: Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

1301 Castle Ridge Rd.
Fort Worth, Texas 76140

County of Residence of First Listed Defendant: Tarrant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

4:17 CV 649 -A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause: medical malpractice

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD: Joe A. Hicks

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____