**FILED**

**September 22, 2017**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

**MINUTE ORDER -TELEPHONE CONFERENCE/HEARING**

JUDGE: McBryde
LAW CLERK: Susanna Johnson
COURT REPORTER: Debbie Saenz

---

Case No.: 4:17-CV-649-A
Joe Arthur Hicks v. Albertson's Pharmacy

Date Held: September 22, 2017     Time:  3:00 p.m.-3:04 p.m. (4 minutes)

---

Plaintiff:     Joe Arthur Hicks, pro se

Defendant's counsel:  Paul Dunagan

=======================================================================
Telephone conference re:  Notice of Settlement.

Per the parties' agreement, the court dismissed the action with prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same.